COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Pamela J. Hazelwood v. Keith L. Hazelwood

Appellate case number:   01-17-00147-CV

Trial court case number: 2015-49239

Trial court:             310th District Court of Harris County

The clerk's record was filed on April 7, 2017. Appellant has filed a motion to supplement the clerk's record with twelve relevant documents that she claims were omitted from the clerk's record. *See* TEX. R. APP. P. 34.5(c).

Appellant contends that the court's docket sheet is missing a number of entries. A docket-sheet entry ordinarily is not part of the record an appellate court may consider. *In re Bill Heard Chev., Ltd.*, 209 S.W.3d 311, 315 (Tex. App.—Houston [1st Dist.] 2006, orig. proceeding). The trial court's docket sheet is a memorandum for the clerk and trial court's convenience. *Id.* A docket sheet entry may support a contention a judgment was orally rendered on a certain date. *Id.* In any event, we grant appellant's request to supplement the record with an updated docket sheet, if it exists. To be clear, we are not ordering the district clerk to create new docket entries that do not already exist.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before **June 20, 2017**, containing the following items requested by appellant:

(1) Affidavit of New Evidence, The Riley James 2007 Acquisition Program, LP, dated October 9, 2009, filed by Pamela Hazelwood with First Amended Motion for New Trial;

(2) Updated docket sheet, if one exists, containing entries for December 5, 2016 and December 13, 2016, as well as the Notice of Claims, Withdrawal of Consent and Motion to Enforce, Agreed Motion to Reform Order, Corrected "Notice of Enter," and Supplemental Amended Petition, that allegedly are missing from the docket sheet;

(3) Withdrawal of Consent and Motion to Enforce;

(4) Corrected "Notice of Enter;"

(5) Email from Daniel J. Lemkuil with attachments; and

(6) Irrevocable Mediated Settlement Agreement including Exhibit A.

Appellant also asks that we order the District Clerk to supplement the clerk's record with Keith L Hazelwood's Texas Driver's License number and Social Security number. This portion of appellant's motion is denied. This information is sensitive data that must be redacted unless the inclusion of this date is "specifically required by a statute, court rule, or administrative regulation." TEX. R. APP. P. 9.9(a)-(b). Appellant has offered no basis for the inclusion of this sensitive data in a filing in this case. Accordingly, we deny this request.

To the extent any of the allegedly omitted items are not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement identifying those items that are not a part of the case file.

It is so ORDERED.


Judge's signature: /s/ Michael Massengale
                    ☒ Acting individually      ☐ Acting for the Court


Date: June 1, 2017

**Court of Appeals Number:  01-17-00147-CV**

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

MAY 2 5 2017

CHRISTOPHER A. PRINE

CLERK _____

May 25, 2017

Court of Appeals
First District
301 Fannin Street
Houston, Texas  77002-2066

Mr. Jeffrey David Sasser
  Attorney for Appellee
8431 Katy Freeway
Houston, Texas  77024
  Telephone: 713-457-6675
  *Via Certified Receipt Mail*

RE:  **Court of Appeals Number:**  01-17-00147-CV
      **Trial Court Case Number:**  2015-49239

**Style:**  Pamela J. Hazelwood v. Keith L. Hazelwood

## FIRST AMENDED MOTION TO SUPPLEMENT

## THE CLERKS RECORD

Please allow this letter to serve as a designation of additional items necessary and relevant to supplement the Clerks Record the District filed on April 7, 2017, relating to the Notice of Appeal filed February 27, 2017, in connection with the above-referenced cases, in accordance with TEX. R. APP. P. 34.6(d).

Appellant asks the First Court of Appeals to Supplement the Clerks Record with the following relevant documents to correct errors, omissions and inconsistencies in the Clerks Record to insure the Record is accurate and complete. Please supplement the Clerks Record with the following Exhibits:

May 2, 2017      Exhibit #1- This letter request to Supplement the
                    Clerks Record filed on April 7, 2017 to include the
                    following relevant Exhibits/filings

1

| | |
|---|---|
| Jan. 19, 2017 | Exhibit #2 - Pamela J. Hazelwood filed Affidavit – New Evidence, The Riley James 2007 Acquisition Program, LP dated October 9, 2009 and was filed with the First Amended Motion for New Trial as listed on Page 74 of the Clerks Record.  The Clerks Record is missing the Affidavit of New Evidence and The Riley James 2007 Acquisition Program, LP as it was before the court. |
| Dec. 14, 2016 | Exhibit #3 – Harris County District Court Case Details Cause: 201549239, the Clerks Record filed April 7, 2017 is missing several entries in the Court Docket that are documented in this Exhibit #3 Case Details dated December 14, 2016 |
| Dec. 5, 2016 | Exhibit #4 - Harris County District Court Case Details Cause: 201549239 Records are RESTRICTED.  The Clerks Record filed April 7, 2017 is missing several entries in the Court Docket that are documented in this Exhibit #4 Case Details dated December 5, 2016 |
| Nov. 23, 2016 | Exhibit #5 - Notice of Claims – This motion is in the Clerks Record on Pages 57-59 filed April 7, 2017, but is not listed in the Court Docket Sheet on Page 83, it is listed in the Court Docket in Exhibit #4 Case Details dated December 5, 2016 referenced above |
| Nov. 22, 2016 | Exhibit #6 - Withdraw of Consent and Motion to Enforce – This motion is not listed in the Clerks Docket Sheet filed April 7, 2017, it is documented in both Exhibits #3 & #4 Case Details dated December 5, 2016 and December 14, 2016 referenced above |

| | |
|---|---|
| Nov. 8, 2016 | Exhibit #7 – Agreed Motion to Reform Order – This motion is on Page 56 of the Clerks Record but not listed in the Court Docket on Page 83. This motion is documented in Exhibit #4 Case Details dated December 5, 2016 referenced above |
| Oct. 18, 2016 | Exhibit #8 - Corrected Notice of Enter – This Motion is not documented in the Clerks Record filed April 7, 2017 and is not in the Court Docket on Page 83, it is documented in Exhibit#4 Case Details dated December 5, 2016 referenced above |
| Oct. 18, 2016 | Exhibit #9 - Email from Daniel J. Lemkuil with attachments including his Final Order and Releases he wrote six days after mediation and agreed I would be able to review and approve what he writes, upon receipt Pamela J. Hazelwood notified Mr. Lemkuil immediately there were several errors including he had Keith L. Hazelwood's wrong birthday and drivers license number which belongs to a different social security number among other changes I did not agree. The attached Releases in this email contain the wrong Cause number, birthday date and driver's license number. Cause#2010-72088 is the correct case number to clarify assets in the final decree of divorce |
| Oct. 10, 2016 | Exhibit #10 - Supplemental Amended Petition – This motion is listed in the Clerks Record filed on April 7, 2017 on Page 35 but not listed in the Clerks Docket on Page 84. This motion is listed in the Court Docket in Exhibit #3 Case Details dated December 14th, 2016 referenced above |
| July 13, 2011 | Exhibit #11 - Irrevocable Mediated Settlement Agreement including "Exhibit "A" Cause #2010-72088 filed July 13, 2011 is not listed in the Clerks Record filed April 7, 2017 |

| 2000-2001 | Exhibit #12 – Keith L. Hazelwood's Texas Drivers License number and Social Security Number |
|---|---|

Appellant respectfully asks the First Court of Appeals to extend the time before the Brief is due as she just received the Clerks record that was filed April 7, 2016 after Easter and needs time to ensure the contents of the Clerks Record are accurate and complete for reference in the Brief.

Please stamp the enclosed copy of this letter.  By copy of this letter, I am serving opposing counsel of record.

Thank you for your assistance in this matter.  If you have any questions, or need additional information, please do not hesitate to contact me.

Very truly yours,

Pamela J. Hazelwood, Appellant, Pro se
19431 Kessington Lane
Houston, Texas  77094
281-599-7820

cc:   Ms. Nidia S. Alberto, Court Clerk
310th District Court
201 Caroline, 15th Floor
Houston, Texas  77002

## Certificate of Conference

As required by Texas Rule of Appellate Procedure 10.1(a)(5), I certify that I have conferred, or made a reasonable attempt to confer, with all other parties which are listed below about the merits of this motion with the following results:

Jeffrey David Sasser

The Law Office of Jeffrey David Sasser

8431 Katy Freeway

Houston, Texas  77024

  o  opposes motion

  o  does not oppose motion

  o  agrees with motion

  •  would not say whether motion is opposed

  o  did not return my message regarding the motion

_Pamela J. Hazelwood_

Pamela J. Hazelwood, Pro Se

Date: ___May 25, 2017___

## Certificate of Service

As required by Texas Rule of Appellate Procedure 6.3 and 9.5(b), (d), (e), I certify that I have served this document on all other parties which are listed below on May 25, 2017; as it was brought to Pamela J. Hazelwood's attention a need to correct service amends this motion in its original form and serves this motion on the parties listed below as follows:

Jeffrey David Sasser
The Law Office of Jeffrey Sasser
8431 Katy Freeway
Houston, Texas 77024
(713) 457-6674

- o     personal delivery

- ●     Certified Receipt Mail

- o     commercial delivery service

- o     fax

Judge Conrad L. Moren
310th District Court
201 Caroline, 15th Floor
Houston, Texas 77002
(713) 274-1310

- o     personal delivery

- ●     Certified Receipt Mail

- o     commercial delivery service

- o     fax

Ms. Nidia S. Alberto
District Court Clerk
310th District Court
201 Caroline, 15th Floor
Houston, Texas  77002
(713) 274-1310

o       personal delivery

•       Certified Receipt Mail

o       commercial delivery service

o       fax

_Pamela J. Hazelwood_

Pamela J. Hazelwood, Pro Se

Date: _____May 25, 2017_____

CAUSE NO. 2015-49239

| | | |
|---|---|---|
| PAMELA J. HAZELWOOD, | § | IN THE DISTRICT COURT |
| | § | |
| PLAINTIFF, MOVANT | § | 310TH JUDICIAL DISTRICT |
| | § | |
| V. | § | HARRIS COUNTY, TEXAS |
| KEITH L. HAZELWOOD, | § | |
| | | |
| DEFENDANT, RESPONDENT | | |

### AFFIDAVIT - NEW EVIDENCE

THE STATE OF TEXAS

COUNTY OF HARRIS

BEFORE ME, the undersigned authority, on this day personally appeared

_____Pamela J. Hazelwood_____, who
swore or affirmed to tell the truth, and stated as follows:

"My name is _____Pamela J.Hazelwood_____.

I am of sound mind and capable of making this sworn statement. I have submitted as new
evidence the Riley James 2007 Acquisition Program, LP, dated October 9, 2009 and this new
evidence is relevant to this case.

_Pamela J. Hazelwood_ 1/19/17

Pamela J. Hazelwood, Plaintiff/Movant

STATE OF TEXAS

COUNTY OF HARRIS

SWORN to and SUBSCRIBED before me, the undersigned authority, on the 19th day of

January , 2017 year, by

Pamela Hazelwood

_Melissa West Parker_

Notary Public, State of Texas

MELISSA WEST PARKER
NOTARY PUBLIC, STATE OF TEXAS
MY COMMISSION EXPIRES
SEPT. 20, 2017

My commission expires: 9-20-17

EXHIBIT #2



# Riley James 2007 Acquisition Program, LP

## October 9, 2009

Riley James 2007 Acquisition Program, LP Partners:

I want to thank the Partners for their patience as we continue to move forward with the Riley James 2007 Acquisition Program, LP. To date, we have drilled, logged and set production casing on 13 of the 18 wells involved in the Kushequa Phase III Water Flood Project. We currently have 63 of the 70 wells purchased in the Commadore Project producing, and through July of this year these wells have produced 25,361 MCF of gas (MCFG) and 1,021 barrels of oil (BO). Dr. Don Blancher, geologist, and Kent Densing, geophysicist, are working to sell the Goliad Prospect to benefit the Partnership with cash and a carried interest and/or overriding royalty interest in a well that is expected to ultimately produce 7.1 billion cubic feet of gas.

I am excited to show you the enclosed seismic interpretation conducted by Range Resources of the nine lines of seismic we have shot in the Linesville Field area of the Commodore Project. Robin Limberger, the consulting geophysicist for Range Resources, has identified a seismic signature (Beekmantown thickening) in the southern part of the Linesville Field area that is exactly what leads to successful Beekmantown wells. Please refer to the enclosed seismic interpretation and compare our Beekmantown thickening on line QEC-6-08 with the Craw Line 2 over the Range Resources Austin #1 well north of our acreage. The Austin #1 was completed on May 25, 2001 in the Beekmantown and produced 79,000 BO and 254,724 MCFG from May 2001 through January 2007.

From the time we acquired the Commodore Queenston Sand wells to the present, the Partnership has received $194,438.83 in production revenue. To date, 84 investors have bought 44.75 Units. All money received through revenue and sales has gone toward the progress we have made thus far. Based on current cost estimates, we need to sell a total of 65 Units to finish out the Program.

The remaining work on the Kushequa Phase III Project includes drilling five (5) more wells and completing all 18 wells for production. So far, 90 percent of the work necessary to optimize production on the Commodore Project has been completed. We still need to shoot one more tie line of seismic on the Commodore to delineate the optimum location for a Beekmantown drill site, drill the Beekmantown well for production, and re-enter an existing well bore for the Black Shales with a properly designed fracture stimulation resulting from the knowledge we gain by drilling for the deeper Beekmantown formation.

I encourage everyone who has not already considered increasing their participation in the Program to do so now. Investors who acquire a position moving forward will receive the benefit of a successful seismic program. If you have any questions, please contact your Lone Star Securities registered representative or feel free to contact me.

Best Regards,

Joe Ireland
President, Riley James Development Corporation

**RILEY JAMES**
DEVELOPMENT CORPORATION

*strategic oil and gas investments*

15851 Dallas Parkway • Suite 105
Addison, TX 75001

02 1P
00031135284   OCT 09 2009
MAILED FROM ZIP CODE 75248

PITNEY BOWES
$ 000.44°

Keith Hazelwood
19431 Kessington Lane
Houston, TX  77094



# QUAIL ENERGY SEISMIC LINES

QEC Lines Interpreted by Robin Limberger Consulting Geophysicist for Range Resources

Interpretation of QEC lines — Crawford County, PA — for Range Resources-Appalachia, LLC

# THERESA TO BEEKMANTOWN ISOCHRON



THIN

THICK

Beekmantown
Signature
Identifying
Drillsite

Interpretation of QEC lines — Crawford County, PA — for Range Resources-Appalachia, LLC

# QEC-6-08 ZWHITE FLATTENED ON THERESA



Beekmantown Thickening

Interpretation of QEC lines — Crawford County, PA — for Range Resources-Appalachia, LLC

# CRAW LINE 2 ZWHITE FLATTENED ON THERESA



ANALOGUE
Well to the North

Range Resources
Austin #1
API: 37-039-23728
Completed: 05/25/01
In Beekmantown
TD: 5,950'
Produced: 79,000 BO
& 254,724 MCFG from
May 2001 – January 2007

Beekmantown
Thickening

Interpretation of QEC lines — Crawford County, PA — for Range Resources-Appalachia, LLC

## APPEALS
No Appeals found.

## COST STATMENTS
No Cost Statments found.

## TRANSFERS
No Transfers found.

## POST TRIAL WRITS
No Post Trial Writs found.

## ABSTRACTS
No Abstracts found.

## NOTICES
No Notices found.

## SUMMARY

### CASE DETAILS

| | |
|---|---|
| **File Date** | 8/24/2015 |
| **Case (Cause) Location** | Family Intake |
| **Case (Cause) Status** | Post Judgment |
| **Case (Cause) Type** | Other Family |
| **Next/Last Setting Date** | 12/15/2016 |
| **Judgment For** | AGREED JUDGMENT, ORDER SIGNED |
| **Judgment Date** | 11/7/2016 |
| **Jury Fee Paid Date** | 8/1/2016 |

### COURT DETAILS

| | |
|---|---|
| **Court** | 310th |
| **Address** | 201 CAROLINE (Floor: 15) HOUSTON, TX 77002 Phone:7133686550 |
| **JudgeName** | LISA MILLARD |
| **Court Type** | Family |

## ACTIVE PARTIES

| Name | Type | Post Jdgm | Attorney |
|---|---|---|---|
| HAZELWOOD, PAMELA J | PLAINTIFF PRO SE | | LEMKUIL, DANIEL JAKE |
| 19431 KESSINGTON LANE, HOUSTON, TX 77094 | | | |
| HAZELWOOD, KEITH L | DEFENDANT - CIVIL | | SASSER, JEFFREY D. |
| EQUITY TRUST COMPANY | REGISTERED AGENT | | |
| WELLS FARGO BANK, N.A | REGISTERED AGENT | | |
| UPTON, PATRICK WADE | MEDIATOR | | |
| HAZELWOOD, PAMELA J | RELATOR - CIVIL | 1 | LEMKUIL, DANIEL JAKE |

**EXHIBIT #3**

HAZELWOOD, KEITH L          RESPONDENT - CIVIL          1

## INACTIVE PARTIES

No inactive parties found.

## JUDGMENT/EVENTS

| Date | Description | Order Signed | Post Jdgm | Pgs | Volume /Page | Filing Attorney | Person Filing |
|------|-------------|--------------|-----------|-----|--------------|-----------------|---------------|
| 11/22/2016 | MOTION TO ENFORCE (FAMILY) | | 1 | 0 | | LEMKUIL, DANIEL JAKE | HAZELWOOD, PAMELA J |
| 11/7/2016 | AGREED JUDGMENT, ORDER SIGNED | 11/7/2016 | | 12 | | | |
| 11/7/2016 | NO COSTS ALLOCATED | | | 0 | | | |
| 10/18/2016 | HOLD FOR JUDGMENT | | | 0 | | | |
| 10/18/2016 | CONTINUED AS NON-JURY BEFORE JURY SWORN | | | 0 | | | |
| 10/10/2016 | SUPPLEMENTAL AMENDED PETITION | | | 0 | | LEMKUIL, DANIEL JAKE | HAZELWOOD, PAMELA J |
| 10/10/2016 | ORDER SIGNED GRANTING REFERRAL TO MEDIATION | | | 1 | | | |
| 8/1/2016 | JURY FEE PAID (TRCP 216) | | | 0 | | | |
| 6/2/2016 | ORDER GRANTING WITHDRAWAL OF ATTORNEY SIGNED | 6/2/2016 | | 2 | | | |
| 6/2/2016 | ORDER SIGNED GRANTING CONTINUANCE | 6/2/2016 | | 2 | | | |
| 4/15/2016 | ORDER SIGNED SETTING HEARING | 4/15/2016 | | 1 | | | |
| 3/28/2016 | ORDER SIGNED GRANTING CONTINUANCE | 3/28/2016 | | 1 | | | |
| 2/10/2016 | ORDER SIGNED SETTING HEARING | 2/10/2016 | | 1 | | | |
| 9/28/2015 | ANSWER ORIGINAL PETITION | | | 0 | | SASSER, JEFFREY D. | HAZELWOOD, KEITH L |
| 8/24/2015 | ORDER TRANSFERRING CASE TO ANOTHER DISTRICT COURT SIGNED | 8/24/2015 | | 1 | | | |
| 8/24/2015 | TRANSFERRED TO HARRIS COUNTY DISTRICT COURT | | | 0 | | | |
| 8/24/2015 | ORIGINAL PETITION | | | 0 | | REINER, SCOTT DANIEL | HAZELWOOD, PAMELA J |
| 8/24/2015 | TRANSFERRED TO ANOTHER HARRIS COUNTY DISTRICT COURT | | | 0 | | | |
| | ORDER SIGNED GRANTING REFERRAL TO MEDIATION | 10/10/2016 | | 1 | | | |

## SETTINGS

| Date | Court | Post Jdgm | Docket Type | Reason | Results | Comments | Requesting Party |
|------|-------|-----------|-------------|--------|---------|----------|------------------|
| 3/07/2016 | 310 | | Contempt Docket | MOTION FOR CONTEMPT | Passed | ON 3/2@9:52 PER | REINER, SCOTT |

| Date/Time | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 09:00 AM | | (Family) | | | | ATTY REINER | DANIEL | |
| 3/23/2016 09:00 AM | 310 | Family Trial Docket | Trial on Merits | | Re-Set | RULE 11 | | |
| 3/23/2016 09:00 AM | 310 | Show Cause Docket (Family) | MOTION FOR CONTINUANCE (FAMILY) | | Granted | | REINER, SCOTT DANIEL | |
| 4/28/2016 09:00 AM | 310 | Show Cause Docket (Family) | Motion to Compel Production | Re-Set | | @9:14AM/NO PROOF OF SVC | REINER, SCOTT DANIEL | |
| 5/09/2016 09:00 AM | 310 | Show Cause Docket (Family) | Motion to Compel Production | Re-Set | | FOR SVC/NTCE | REINER, SCOTT DANIEL | |
| 5/25/2016 09:00 AM | 310 | Family Trial Docket | Trial on Merits | | Re-Set | | | |
| 5/25/2016 09:00 AM | 310 | Show Cause Docket (Family) | SHOW CAUSE MOTION FOR | | Passed | PARTIES REACHED AGREEMENT | REINER, SCOTT DANIEL | |
| 5/25/2016 09:00 AM | 310 | Show Cause Docket (Family) | WITHDRAWAL OF ATTORNEY OF RECORD | | Granted | | REINER, SCOTT DANIEL | |
| 5/25/2016 09:00 AM | 310 | Show Cause Docket (Family) | MOTION FOR CONTINUANCE (FAMILY) | | Granted | | REINER, SCOTT DANIEL | |
| 8/24/2016 09:00 AM | 310 | Show Cause Docket (Family) | REFERRAL TO MEDIATION | | Granted | | LEMKUIL, DANIEL JAKE | |
| 8/26/2016 09:00 AM | 310 | Show Cause Docket (Family) | ENTRY OF TEMPORARY ORDERS | | Re-Set | NEED MEDI DATE | | |
| 8/31/2016 09:00 AM | 310 | Family Trial Docket | Trial on Merits | | Re-Set | TO MEDIATE | | |
| 8/31/2016 09:00 AM | 310 | Show Cause Docket (Family) | ENTRY OF TEMPORARY ORDERS | | Passed - No Appearance | NO ORD RCVD/FILED W/CRT | | |
| 10/07/2016 09:00 AM | 310 | Show Cause Docket (Family) | ENTRY OF TEMPORARY ORDERS | | Granted | ORDER APPROVED | LEMKUIL, DANIEL JAKE | |
| 10/07/2016 09:00 AM | 310 | Show Cause Docket (Family) | ENTRY OF TEMPORARY ORDERS | | Set In Error | DUPLICATE | LEMKUIL, DANIEL JAKE | |
| 10/18/2016 09:00 AM | 310 | Family Trial Docket | Trial on Merits | | Tried | MSA/ENTRY | | |
| 10/18/2016 09:00 AM | 310 | Show Cause Docket (Family) | MOTION FOR CONTINUANCE (FAMILY) | | Re-Set | | LEMKUIL, DANIEL JAKE | |
| 10/21/2016 09:00 AM | 310 | Show Cause Docket (Family) | ENTRY OF JUDGMENT | | Hearing Held | ORD APPRVD & SUBM | | |
| 12/15/2016 09:00 AM | 310 | 1 | Show Cause Docket (Family) | WITHDRAWAL OF ATTORNEY OF RECORD | | | LEMKUIL, DANIEL JAKE | |

## SERVICES

| Type | Status | Instrument | Person | Requested | Issued | Served | Returned | Received | Tracking | Deliver To |
|---|---|---|---|---|---|---|---|---|---|---|
| CITATION (CERTIFIED) | SERVICE ISSUED/IN POSSESSION OF SERVING AGENCY | ORIGINAL PETITION | HAZELWOOD, KEITH L | 8/24/2015 | 8/24/2015 | | | | 82432970 | CVC/CTM SVCE BY CERTIFIED MAIL |
| PRECEPT (CERTIFIED MAIL) | SERVICE RETURN/EXECUTED | | EQUITY TRUST COMPANY | 1/29/2016 | | 2/11/2016 | 2/24/2016 | 3/3/2016   3/7/2016 | 82470329 | CONST 1 ALAN ROSEN |
| | | | 211 EAST 7TH STREET SUITE 620 AUSTIN TX 78701 | | | | | | | |
| PRECEPT (CERTIFIED | SERVICE RETURN/EXECUTED | | WELLS FARGO | 3/31/2016 | | 4/26/2016 | 5/9/2016 | 5/13/2016 | 82487891 | CVC/CTM SVCE BY |

| MAIL) | | BANK, N.A | | | | | | | | CERTIFIED MAIL |

211 EAST 7TH STREET SUITE 620 AUSTIN TX 78701

| PRECEPT (CERTIFIED MAIL) | SERVICE RETURN/EXECUTED | WELLS FARGO BANK, N.A | 5/9/2016 | 5/9/2016 | 5/16/2016 | 5/24/2016 | 5/26/2016 | 82496960 | CONST 1 ALAN ROSEN |

211 E 7TH STREET, SUITE 620 AUSTIN TX 78701

## DOCUMENTS

| Number | Document | Post Jdgm | Date | Pgs |
|---|---|---|---|---|
| restricted | Notice of Hearing on Motion to Withdraw | | 11/28/2016 | 1 |
| restricted | Notice of Claims | | 11/23/2016 | 3 |
| restricted | Withdraw of Consent and Motion to Enforce | | 11/22/2016 | 2 |
| -> restricted | EXHIBIT 1 | | 11/22/2016 | 12 |
| restricted | Agreed Motion to Reform Order | | 11/08/2016 | 1 |
| -> restricted | Affidavit of Keith L Hazelwood | | 11/08/2016 | 1 |
| -> restricted | Proposed Reformed Final Order | | 11/08/2016 | 3 |
| restricted | AGREED JUDGMENT, ORDER SIGNED | | 11/07/2016 | 12 |
| | NO COSTS ALLOCATED | | 11/07/2016 | |
| restricted | Proposed Final Order | | 10/20/2016 | 3 |
| -> restricted | 1. Exhibit A | | 10/20/2016 | 2 |
| -> restricted | 2. Exhibit B | | 10/20/2016 | 2 |
| -> restricted | 3. Exhibit C | | 10/20/2016 | 2 |
| -> restricted | 4. Exhibit D | | 10/20/2016 | 1 |
| -> restricted | 5. Exhibit E | | 10/20/2016 | 2 |
| restricted | Proposed Final Order | | 10/20/2016 | 3 |
| -> restricted | 1. Exhibit A | | 10/20/2016 | 2 |
| -> restricted | 2. Exhibit B | | 10/20/2016 | 2 |
| -> restricted | 3. Exhibit C | | 10/20/2016 | 2 |
| -> restricted | 4. Exhibit D | | 10/20/2016 | 1 |
| -> restricted | 5. Exhibit E | | 10/20/2016 | 2 |
| restricted | Proposed Final Order | | 10/18/2016 | 3 |
| -> restricted | 1. Exhibit A | | 10/18/2016 | 2 |
| -> restricted | 2. Exhibit B | | 10/18/2016 | 2 |
| -> restricted | 3. Exhibit C | | 10/18/2016 | 2 |
| -> restricted | 4. Exhibit D | | 10/18/2016 | 1 |
| -> restricted | 5. Exhibit E | | 10/18/2016 | 2 |
| restricted | Corrected Notice of Enter | | 10/18/2016 | 1 |
| restricted | Proposed Final Order | | 10/18/2016 | 3 |
| -> restricted | 1. Exhibit A | | 10/18/2016 | 2 |
| -> restricted | 2. Exhibit B | | 10/18/2016 | 2 |
| -> restricted | 3. Exhibit C | | 10/18/2016 | 2 |
| -> restricted | 4. Exhibit D | | 10/18/2016 | 1 |

**HCDistrictclerk.com**   HAZELWOOD, PAMELA J vs. HAZELWOOD, KEITH L        12/5/2016
                          Cause: 201549239    CDI: 7    Court: 310

## DOCUMENTS

| Number | Document | Post Jdgm | Date | Pgs |
|--------|----------|-----------|------|-----|
| restricted | Notice of Hearing on Motion to Withdraw | | 11/28/2016 | 1 |
| restricted | Notice of Claims | | 11/23/2016 | 3 |
| restricted | Withdraw of Consent and Motion to Enforce | | 11/22/2016 | 2 |
| -> restricted | EXHIBIT 1 | | 11/22/2016 | 12 |
| restricted | Agreed Motion to Reform Order | | 11/08/2016 | 1 |
| -> restricted | Affidavit of Keith L Hazelwood | | 11/08/2016 | 1 |
| restricted | Proposed Reformed Final Order | | 11/08/2016 | 3 |
| -> restricted | 1. Exhibit A Deed03 | | 11/08/2016 | 2 |
| -> restricted | 2. Exhibit B Release03 | | 11/08/2016 | 2 |
| -> restricted | 3. Exhibit C Financial Release03 | | 11/08/2016 | 2 |
| -> restricted | 4. Exhibit D Affidavit03 | | 11/08/2016 | 1 |
| -> restricted | 5. Exhibit E Release of Information 03 | | 11/08/2016 | 1 |
| restricted | AGREED JUDGMENT, ORDER SIGNED NO COSTS ALLOCATED | | 11/07/2016 11/07/2016 | 12 |
| restricted | Proposed Final Order | | 10/20/2016 | 3 |
| -> restricted | 1. Exhibit A | | 10/20/2016 | 2 |
| -> restricted | 2. Exhibit B | | 10/20/2016 | 2 |
| -> restricted | 3. Exhibit C | | 10/20/2016 | 2 |
| -> restricted | 4. Exhibit D | | 10/20/2016 | 1 |
| -> restricted | 5. Exhibit E | | 10/20/2016 | 2 |
| restricted | Proposed Final Order | | 10/20/2016 | 3 |
| -> restricted | 1. Exhibit A | | 10/20/2016 | 2 |
| -> restricted | 2. Exhibit B | | 10/20/2016 | 2 |
| -> restricted | 3. Exhibit C | | 10/20/2016 | 2 |
| -> restricted | 4. Exhibit D | | 10/20/2016 | 1 |
| -> restricted | 5. Exhibit E | | 10/20/2016 | 2 |
| restricted | Proposed Final Order | | 10/18/2016 | 3 |
| -> restricted | 1. Exhibit A | | 10/18/2016 | 2 |
| -> restricted | 2. Exhibit B | | 10/18/2016 | 2 |
| -> restricted | 3. Exhibit C | | 10/18/2016 | 2 |
| -> restricted | 4. Exhibit D | | 10/18/2016 | 1 |
| -> restricted | 5. Exhibit E | | 10/18/2016 | 2 |
| restricted | Corrected Notice of Enter | | 10/18/2016 | 1 |
| restricted | Proposed Final Order | | 10/18/2016 | 3 |
| -> restricted | 1. Exhibit A | | 10/18/2016 | 2 |

EXHIBIT #4

| | | | |
|---|---|---|---|
| -> restricted | 2. Exhibit B | 10/18/2016 | 2 |
| -> restricted | 3. Exhibit C | 10/18/2016 | 2 |
| -> restricted | 4. Exhibit D | 10/18/2016 | 1 |
| -> restricted | 5. Exhibit E | 10/18/2016 | 2 |
| restricted | Mediated Settlement Agreement | 10/17/2016 | 2 |
| -> restricted | 1. Exhibit A | 10/17/2016 | 2 |
| restricted | Mediated Settlement Agreement | 10/12/2016 | 4 |
| restricted | Supplemental Petition | 10/10/2016 | 1 |
| restricted | ORDER SIGNED GRANTING REFERRAL TO MEDIATION | 10/10/2016 | 1 |
| restricted | Notice of Hearing for Entry on Petitioners Motion for Referral To Mediation And Request For continuance | 09/30/2016 | 1 |
| restricted | Proposed Order | 09/26/2016 | 1 |
| -> restricted | Notice of Hearing for Entry on Petitioner's Motion for Referral to Mediation and Request for Continuance | 09/26/2016 | 1 |
| restricted | SCHEDULING ORDER and NOTICE OF INTENT TO DISMISS | 09/06/2016 | 2 |
| restricted | Notice of Hearing on Petitioners Montion for Referral to Mediation and Request for Continuance | 08/10/2016 | 1 |
| restricted | Motion for Referral to Mediation and Request for Continuance | 08/09/2016 | 2 |
| -> restricted | Proposed Order | 08/10/2016 | 1 |
| -> restricted | Supporting Affidavit | 08/09/2016 | 1 |
| restricted | Letter Requesting Jury Trial | 08/01/2016 | 1 |
| restricted | Notice of Appearance | 06/24/2016 | 1 |
| restricted | ORDER SIGNED GRANTING CONTINUANCE | 06/02/2016 | 2 |
| restricted | ORDER GRANTING WITHDRAWAL OF ATTORNEY SIGNED | 06/02/2016 | 2 |
| restricted | Scheduling Order and Notice Of Intent To Dismiss | 06/01/2016 | 2 |
| restricted | Precept (Certified Mail) | 05/26/2016 | 3 |
| restricted | Scheduling Order And Notice Of Intent To Dismiss | 05/25/2016 | 1 |
| restricted | Motion for Withdrawal of Counsel | 05/16/2016 | 4 |
| -> restricted | Proposed Order | 05/16/2016 | 2 |
| restricted | Motion for Continuance | 05/16/2016 | 3 |
| -> restricted | Proposed Order on Motion for Continuance | 05/16/2016 | 2 |
| restricted | ORDER SIGNED SETTING HEARING | 04/15/2016 | 1 |
| restricted | Motion for a Show Cause Notice and to Compel Production of Records in Compliance with Texas Finance Code 59.006 | 03/31/2016 | 4 |
| -> restricted | Exhibit A | 03/31/2016 | 4 |
| -> restricted | Exhibit B | 03/31/2016 | 1 |
| restricted | Show Cause Notice | 03/31/2016 | 2 |
| restricted | Proposed Order | 03/31/2016 | 1 |
| restricted | ORDER SIGNED GRANTING CONTINUANCE | 03/28/2016 | 1 |
| restricted | Rule 11 Agreement | 03/22/2016 | 3 |
| restricted | Motion for Continuance | 03/15/2016 | 3 |
| -> restricted | Proposed Order on Motion for Continuance | 03/15/2016 | 1 |

| restricted | Precept (Certified Mail) executed | 03/03/2016 | 3 |
| restricted | ORDER SIGNED SETTING HEARING | 02/10/2016 | 1 |
| restricted | Motion for a Show Cause Notice and to Compel Production of Records in Compliance with Texas Finance Code 59.006 | 01/29/2016 | 4 |
| -> restricted | Exhibit A | 01/29/2016 | 3 |
| -> restricted | Exhibit B | 01/29/2016 | 1 |
| -> restricted | Proposed Order | 01/29/2016 | 1 |
| -> restricted | Show-Cause Notice | 01/29/2016 | 2 |
| restricted | SCHEDULING ORDER and NOTICE OF INTENT TO DISMISS | 12/18/2015 | 2 |
| restricted | Respondent's Original Answer | 09/28/2015 | 1 |
| restricted | Certified Mail Certificate of Service by District Clerk | 09/03/2015 | 3 |
| restricted | Original Petition For Post-Divorce Division of Property | 08/24/2015 | 8 |
| -> restricted | Civ Process Request | 08/24/2015 | 1 |
| -> restricted | Civil/Family Case Information Sheet | 08/24/2015 | 1 |
| -> restricted | Exhibit A | 08/24/2015 | 2 |
| restricted | Family Process Pick Up Form | 08/24/2015 | 1 |
| restricted | ORDER TRANSFERRING CASE TO ANOTHER DISTRICT COURT SIGNED | 08/24/2015 | 1 |

Cause No. 2015-49239

| | | |
|---|---|---|
| PAMELA J. HAZELWOOD | § | IN THE DISTRICT COURT |
| | § | |
| VS. | § | 310TH JUDICIAL DISTRICT |
| | § | |
| KEITH L. HAZELWOOD | § | HARRIS COUNTY, TEXAS |

## NOTICE OF CLAIMS

Comes now Pamela J. Hazelwood and files this notice of her claims related to the award of the court.

Pamela J. Hazelwood provides public notice that she asserts a claim to the following partial and non-exclusive list of assets in the name of, or held by, or on behalf of Keith L. Hazelwood, as a result of the Mediated Settlement Agreement and related order:

1. Wells Fargo Bank Minnesota, N.A., Stewart Title, 6th Street & Marquette Avenue, Minneapolis, MN 55479, Accounts under TETRA, Trust Name – Stewart Title, Trust Number 13574800. Recipient/Participant Keith L. Hazelwood, Trustee State Street Bank F/B/O Keith Hazelwood, IRA#306261503, P.O. Box 173375, Denver, CO 80217-3375. Salary Deferral Plan 401(k) Wells Fargo Lifepath and Managed Investments. Also, First Union & Wells Fargo Retirement Services, DSR-NC8521, 1525 West WT Harris Blvd., Charlotte, NC 28262-8522. Norwest/ Wells Fargo nationwide appraisal company VALUEIT (ValueAct Holdings, GP).

2. Asset Preservation, Inc., 8700 Auburn – Folsom Road, Granite Bay, CA 95746, Flex Corporation, Employee Benefit Plan, 401K Plan Deferred Compensation, Employee Matching, Qualified Pension Plan, Marital Status: Married. Retirement Q-Ste-401K Plan, Dependent Care and Long Term Disability, Essop and American General parent to Fidelity, Fiserv Trust Company employee benefit 401(k) iFlex retirement plans.

3. ING Life Insurance & Annuity Co., One Orange Way, Windsor, CT 06095-4774, Account Number 99010PHS793. Employee Benefits include Salary Deferrals, DF and Employer Matching Contributions. ReliaStar Life Insurance parent company to ING.

4. Metropolitan Life Insurance, Navajo Benefits, (see Navajo Holdings), 2828 N. Harwood Street, Suite 2300, Dallas, TX, located at the same address as RM Crowe

5. RM CROWE Management Co., L.P., 5944 Luther Lane, Suite 500, Dallas, TX 75225, 401k Retirement account and Humana Lifetime maximum $5,000,000.00.

6. Fidelity Investments, 100 Magellan Way KW1C, Covington, KY 41015-0000, Account Number 200901100609009920081. Fidelity Investments, Distribution of Old Republic International Corporation Employee Savings and Stock Ownership. Old Republic International Corp. c/o Equiserve Trust Company, Edison, NJ 08818-9157. Supplemental Life.

7. Hartman Management, Inc., 1450 West Sam Houston, Houston, TX 77060, 401(k) Profit Sharing Plan, referred to as the "Plan". The "Plan" includes Salary Deferral and Employing matching. Vesting is

1

EXHIBIT #5

100%. ING VP Money Market Portfolio. Flagship Administration Ltd.'s funds include the Vanguard Energy Fund and AM Century, etc., and is also an ERISA Plan.

8.  Sterling Trust Company, P.O. Box 2526, Waco, TX 76702-2526, Retirement Arrangement Contribution, Account #A02117668, and IBM Buys Sterling Commerce from AT&T." Equity Trust Company dba Sterling Trust Custodian, P.O. Box 2526, Waco, TX 76702-2526. See Sterling/VMWare/Blackstone.

9.  The Santa Cruz Operation (SCO) Keith Hazelwood is listed as having an equity interest in securities.

10. Riley James La Reforma Prospect LP, 15851 Dallas Parkway, Suite 105, Addison, TX 75001, and related Lone Star Securities, Inc., and Chase Acct. #400045500.

11. Bank United bank account and related MBNA Account Numbers: 1. Acct.#5490-9906-4204-5312; 2. Acct.#4800127315035639 and 3. Acct.#5490-9906-4202-8961.

12. Janus Mercury Fund c/o Janus Services LL, P.O. Box 173372, Denver, CO 80217-3372, Retirement Arrangement Contribution. Account Number JSC00004800306261503 and a second account at Wells Fargo.

13. K-One Development Inc., Partnership, 230 Park Ave, Suite 1548, New York, NY 10169-0000.

14. Hazelwood & Jeske PLLC, and Jeske & Associates, PLLC, Partnerships, 11111 Katy Freeway, Suite 910, Houston, Texas 77079.

15. Hazelwood & Johnson, Partnership, related to selling WT.NET internet.

16. American General - Fortis Insurance Company, 501 West Michigan, Milwaukee, WI – Policy#4854003. Also see Paragon Life Insurance.

17. Pen Air Federal Retirement account.

18. American Energy Partners, LP, Keith Hazelwood's job before driving buses which as with Lone Star offers oil and gas securities and owns land and partnerships with Exxon.

19. 17 acres of Land, Keith Hazelwood purchased which is secured by a shopping center and a Bank of America. Contract states Buyer which is Keith Hazelwood.

20. Blackhawk Development Partnership with Randy Hall, Centex and Silverlake Partnership, 291 acres. Housing Development for Low income housing in League City, TX.

21.    The assets underlying the Sam & Cindy lawsuit abandoned in Bankruptcy

Respectfully submitted

THE LAW OF

106 Avondale St.
Houston, TX 77006
Tel: (713) 993-9100
Fax: (713) 225-0099

2

By:     /s/ Daniel J. Lemkuil

Daniel J. Lemkuil
State Bar No. 00789448
Daniel_Lemkuil@flash.net
Attorney for Petitioner

## CERTIFICATE OF SERVICE

A true copy of the foregoing was served on each party on November 23, 2016, as provided for by Rules 21 and 21a, Texas Rules of Civil Procedure.

*/s/ Daniel J. Lemkuil*
Daniel J. Lemkuil

11/22/2016 11:29:21 AM
Chris Daniel - District Clerk Harris County
Envelope No. 13926328
By: janel gutierrez
Filed: 11/22/2016 11:29:21 AM

Cause No. 2015-49239

| PAMELA J. HAZELWOOD | § | IN THE DISTRICT COURT |
| | § | |
| VS. | § | 310TH JUDICIAL DISTRICT |
| | § | |
| KEITH L. HAZELWOOD | § | HARRIS COUNTY, TEXAS |

## WITHDRAW OF CONSENT AND MOTION TO ENFORCE

On October 21, 2016, this court entered an order compelling the signing and transfer of certain attached exhibits.

The order provides that Keith L. Hazelwood would appear at the office of Daniel J. Lemkuil, 106 Avondale, Houston, Texas 77006 and there execute the documents attached as exhibits to the order. Keith L. Hazelwood failed to appear and execute the exhibits.

A true copy of the Order entered on October 21, 2016 is attached hereto as Exhibit 1 and incorporated herein by reference.

Keith L. Hazelwood should be found in contempt and confined for 180 days for the failure to execute each exhibit, to run and be satisfied concurrently. Thereafter Keith L. Hazelwood should remain confined until he executes the documents.

Pamela J. Hazelwood withdraws her consent to any reformation of the order of October 21, 2016.

It was necessary for Pamela J. Hazelwood to retain Daniel J. Lemkuil to protect and defend her rights in this case. Keith L. Hazelwood should be ordered to pay such fees and costs of court to Pamela J. Hazelwood or Daniel J. Lemkuil.

Pamela J. Hazelwood prays that notice issue as required, and that after hearing, she be granted the relief requested herein, that Keith L. Hazelwood be confined for 180 days for each exhibit he failed to appear and execute, to run concurrently, and thereafter to remain confined until he executes the documents. Pamela J. Hazelwood prays for her attorney fees and costs and that the court note her withdrawal of consent to the reformation of any order.

Respectfully submitted

The Law Office of Daniel J. Lemkuil
106 Avondale
Houston, TX 770062
Tel: (713) 993-9100
Fax: (713) 225-0099

1

EXHIBIT #6

Certified Document Number: 72830358 - Page 1 of 2

By:     */s/ Daniel J. Lemkuil*

         Daniel J. Lemkuil
         State Bar No. 00789448
         Daniel_Lemkuil@flash.net

## CERTIFICATE OF SERVICE

A true copy of the foregoing was served on each party on November 22, 2016, as provided for by Rules 21 and 21a, Texas Rules of Civil Procedure.

      */s/ Daniel J. Lemkuil*

      Daniel J. Lemkuil

Certified Document Number: 72830358 - Page 2 of 2



I, Chris Daniel, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   December 14, 2016

Certified Document Number:     72830358

*Chris Daniel*

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com

Cause No. 2015-49239

| | | |
|---|---|---|
| PAMELA J. HAZELWOOD | § | IN THE DISTRICT COURT |
| | § | |
| VS. | § | 310TH JUDICIAL DISTRICT |
| | § | |
| KEITH L. HAZELWOOD | § | HARRIS COUNTY, TEXAS |

## AGREED MOTION TO REFORM ORDER

Pamela J. Hazelwood files this agreed motion to reform.

Attached hereto as Exhibit A is the affidavit of Respondent Keith L. Hazelwood wherein he asserts the correct account number for the only checking account he holds signature rights to with his mother is Woodforest National Bank, Account number 7196074. The intent of the Mediated Settlement Agreement was to exclude that account from the award to Pamela J. Hazelwood. This motion is based solely on that affidavit.

The reformed decree should be entered to correct that clerical error misidentifying the account number.

Respectfully submitted

The Law Office of Daniel J. Lemkuil
106 Avondale
Houston, TX 770062
Tel: (713) 993-9100
Fax: (713) 225-0099

By: ____/s/ Daniel J. Lemkuil_____
    Daniel J. Lemkuil
    State Bar No. 00789448
    Daniel_Lemkuil@flash.net
    Attorney for Petitioner

The Law Office of Jeffrey D. Sasser
8431 Katy Freeway
Houston, TX 77024
Tel: (713) 457-6675

By: ____/s/ Jeffrey D. Sasser_____
    Jeffrey D. Sasser
    State Bar No. 00788356
    attorneysasser@gmail.com
    Attorney for Respondent

Certified Document Number: 72654678 - Page 1 of 1

EXHIBIT #7



I, Chris Daniel, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   December 14, 2016

Certified Document Number:      72654678

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

Cause No. 2015-49239

| | | |
|---|---|---|
| PAMELA J. HAZELWOOD | § | IN THE DISTRICT COURT |
| VS. | § | 310TH DISTRICT COURT |
| KEITH L. HAZELWOOD | § | HARRIS COUNTY, TEXAS |

### Corrected Notice of Enter

Petitioner Pamela J. Hazelwood files this notice of intent to entry the proposed final order filed in this case as the final order of the Court. Entry is set for consideration on October 21, 2016 in the 310th District Court, 201 Caroline, Houston, Texas 77002 at 9:00 a.m. and notice is of that setting his hereby provided to all parties and counsel of record. The prior notice of hearing set for October 24, 2016 was provided in error and should be ignored.

Respectfully submitted,

LAW OFFICE OF DANIEL J. LEMKUIL
106 Avondale
Houston, Texas 77006
Tel: (713) 225-0094
Fax: (713) 225-0099

By:    /s/ Daniel J. Lemkuil
Daniel J. Lemkuil
Attorney for Petitioner
State Bar No. 16436250
Daniel_Lemkuil@flash.ne

### Certificate of Service

A true copy of the forgoing was served on each party through their attorney of record on October 18, 2016 by electronic service.

:    /s/ Daniel J. Lemkuil
Daniel J. Lemkuil

Certified Document Number: 72371582 - Page 1 of 1

EXHIBIT #8



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   December 14, 2016

Certified Document Number:        72371582

*Chris Daniel*

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com**

**Subject:** Final order filed

**From:** Daniel Lemkuil (Daniel_Lemkuil@flash.net)

**To:** pamhaz@rocketmail.com;

**Date:** Tuesday, October 18, 2016 12:11 PM

The order is set for entry on October 21, 2016.  You need not appear.

Dan

## Attachments

- Exhibit C.pdf (157.28KB)
- Exhibit B.pdf (215.10KB)
- Exhibit A.pdf (219.56KB)
- Exhibit E.pdf (158.86KB)
- Exhibit D.pdf (151.97KB)
- Final Order Hazelwood.pdf (97.40KB)

EXHIBIT #9

| PAMELA J. HAZELWOOD | § | IN THE DISTRICT COURT |
| VS. | § | 310TH DISTRICT COURT |
| KEITH L. HAZELWOOD | § | HARRIS COUNTY, TEXAS |

## FINAL ORDER

On October 12, 2016, the parties entered into a non-revocable mediated settlement agreement (hereafter MSA) disposing of all contested issues in this case.

The parties agree and it is therefore ORDERED and DECREED that the decree of divorce entered in cause number 2010-72088 on August 23, 2011, and appearing in the imaged records of this court at image number 49758443, is clarified and omitted awards of property are made as follows:

1. It is ORDERED and DECREED that one hundred percent (100%) of all retirement accounts held by or on behalf of Keith L. Hazelwood that existed during the marriage and any funds, assets, or subsequently created financial accounts resulting from a change to such accounts are awarded to Pamela J. Hazelwood.

2. It is ORDERED and DECREED that one hundred percent (100%) of all financial accounts held by or on behalf of Keith L. Hazelwood individually or jointly with anyone else, together with any financial accounts that Keith L. Hazelwood may have signatory rights or otherwise held for the benefit of Keith L. Hazelwood, that existed as of August 23, 2011, including any subsequently created accounts, and any funds, assets, or subsequently created account resulting from a change to such accounts, except for Wood Forest Bank Account in his name ending in 1698 and Wood Forest Bank Account ending in 8465, are awarded to Pamela J. Hazelwood.

3. It is ORDERED and DECREED that one hundred percent (100%) of any unforeclosed property interest in the time share located at Holiday Beach Resort, 1006 Highway 98 East, Destin, Florida 32541, Unit 118, Studio, Week 16, as more fully set out in the attached deed attached hereto as Exhibit A, is awarded to Pamela J. Hazelwood. It is further ORDERED that Keith L. Hazelwood shall execute the deed attached as Exhibit A on October 28, 2016 at 3:00 P.M. at 106 Avondale, Houston Texas 77006.

4. It is ORDERED and DECREED that one hundred percent (100%) of the stocks, business, intellectual property, and any other assets related to the business known as Real Estate Innovations, Inc. which is sometimes referred to or known as R.E.I., Inc., or any related variation of that name is awarded to Pamela J. Hazelwood. Further, it is ORDERED that Keith L. Hazelwood shall execute a release as attached hereto as Exhibit B, releasing all interest in or to the business, on October 28, 2016 at 3:00 P.M. at 106 Avondale, Houston Texas 77006.

5. It is ORDERED and DECREED that Keith L. Hazelwood shall execute, without revocation, the release of financial information attached hereto as Exhibit C on October 28, 2016 at 3:00 P.M. at 106 Avondale, Houston Texas 77006.

6. It is ORDERED and DECREED that Keith L. Hazelwood shall execute the sworn statement attached hereto as Exhibit D, stating under oath that he or any firm he holds an equity interest in has no referral interest in any case, or other expected revenue from any case due after August 23, 2011 as a result of efforts or business conducted during the marriage, on October 28, 2016 at 3:00 P.M. at 106 Avondale, Houston Texas 77006. Upon the execution of Exhibit D, title to any equity claim he may have vests in him. Absent the timely execution of Exhibit D, the entirety of the assets of any equity ownership of any law practice Keith L. Hazelwood may otherwise claim is awarded to Pamela J. Hazelwood.

7. It is ORDERED and DECREED that all claims to 19431 Kessington Lane, Houston, Texas 77094, together with all claims related to the equity and sales proceeds thereof, are extinguished in favor of Pamela J. Hazelwood, and Keith L. Hazelwood shall therefore execute the release of information and limited power of attorney directed to all lien holders or other financial account holders related to the property known as 19431 Kessington Lane, Houston, Texas 77094 and further described as: Lot 14, in Block 1, of Windsor Park Estates, Section 2, a subdivision in Harris County, Texas, according to the map or plat thereof, recorded in Film Code No. 028030392 (Vol. 348004, File No. N031957) of the Map Records of Harris County, Texas, provided as Exhibit E attached hereto on October 28, 2016 at 3:00 P.M. at 106 Avondale, Houston Texas 77006.

This is a final appealable order. Pamela J. Hazelwood is authorized all necessary writs and post judgment relief as necessary to give full effect to this order.

This order is intended to control over any conflict between this order and the MSA.

All relief requested and not granted herein is denied.

Signed on _____.


_____
Judge Presiding

APPROVED AS TO FORM ONLY:

The Law Office of Daniel J. Lemkuil
106 Avondale
Houston, TX 770062
Tel: (713) 993-9100
Fax: (713) 225-0099

By: _____*/s/ Daniel J. Lemkuil*_____
    Daniel J. Lemkuil
    State Bar No. 00789448
    Daniel_Lemkuil@flash.net
    Attorney for Petitioner

The Law Office of Jeffrey D. Sasser
8431 Katy Freeway
Houston, TX 77024
Tel: (713) 457-6675

By: _____
    Jeffrey D. Sasser
    State Bar No. 00788356
    attorneysasser@gmail.com
    Attorney for Respondent

| PAMELA J. HAZELWOOD | § | IN THE DISTRICT COURT |
|---|---|---|
| VS. | § | 310TH DISTRICT COURT |
| KEITH L. HAZELWOOD | § | HARRIS COUNTY, TEXAS |

## EXHIBIT C

### Financial Institution Authorization and Release of Information

This authorization and release of financial information is directed to any and all financial institutions to whom it may be presented.

My name is: Keith Hazelwood.

My date of birth is: December 23, 1964

My Social Security number is: 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

My address as of the time of making this release is: 21101 Kingsland Blvd., Apt. 1313, Katy, Texas 77450.

It is my intent, desire, and instruction that a photo copy, facsimile or PDF image of this document be treated and considered as an original.

I waive any rights I may have to notice, delay, and ability to limit the scope of the release of information requested by Pamela J. Hazelwood. You the financial institution are requested and instructed to release such information as requested by Pamela J. Hazelwood as expeditiously as possible.

I freely and voluntarily release all my financial records held by any financial institution at any time to the review, copy, and inspection of Pamela J. Hazelwood or her designee. I recognize my rights of privacy to such information and waive that claim to the extent it would conflict with this release. I recognize my rights under both Federal and State Law related to this release and waive any rights thereunder that in any way limit to scope of this authorization and release.

Pamela J. Hazelwood is my former wife. I have had many financial accounts that involve her. I release all records related to such accounts to her. I have had many financial accounts that do not involve her. I release all records related to such accounts to her.

Any financial account that I hold in my name or together with anyone else, or any account where funds are held for my benefit, I release all related information and records to Pamela J. Hazelwood or her designee. I am executing this release in relation to the voluntary disposition of a court proceeding, and as such agree that this release shall not expire or be subject

to my revocation. This information is provided so that anyone presented with this release will understand the scope of the release of information and the reason why I am making it.

Pamela J. Hazelwood may use it at any financial institution for among other things and not by way of limitation, to find out if I have any accounts at that institution. She may request records, inquire as to balances or do find out any information related to any such account.

This release is intend to be and is a full and complete release of all financial records at all financial institutions.

To the extent any financial institution would require a release to be signed by me for Pamela J. Hazelwood or her designee to have access to have unrestricted access to my financial records, I hereby tender this release.

To the extent any financial institution would require an authorization signed by me for Pamela J. Hazelwood or her designee to have access to have unrestricted access to my financial records, I hereby tender this authorization.

It is my intent that this authorization survive my death or incapacity. Therefore, any inquiry as to my status prior to anyone relying on this authorization and release is not necessary. I waive any claim against any financial institution releasing financial, confidential, or other sensitive information about me to Pamela J. Hazelwood or her designee.

It is my intent that Pamela J. Hazelwood may provide a copy of this document to a third party for the purposes of collecting and reviewing my financial records. You are requested and instructed to rely on a copy of this documents as authorization for the release of any requested information upon presentation of a request with a copy of this document.

Signed _____

_____
Keith L. Hazelwood


**STATE OF TEXAS**          §

**COUNTY OF HARRIS**     §

This instrument was executed before me on October _____, 2016, by KEITH L. HAZELOOD, a person identified to me by presentation of a Texas Driver's License, No. 004950231.

_____
Notary Public, State of Texas

| PAMELA J. HAZELWOOD | § | IN THE DISTRICT COURT |
| VS. | § | 310TH DISTRICT COURT |
| KEITH L. HAZELWOOD | § | HARRIS COUNTY, TEXAS |

## EXHIBIT B

## RELEASE AND ASSIGNEMENT OF CLAIM

Date: _____

**GRANTOR:**

Keith L. Hazelwood

**GRANTOR'S MAILING ADDRESS:**

21101 Kingsland Blvd, Apt. 1313

Katy, TX 77450

**GRANTEE:**

Pamela J. Hazelwood

**GRANTEE'S MALING ADDRESS**

19431 Kessington Lane

Houston, Texas 77094

**CONSIDERATION:**

The division of property in Cause N. 2011-72088, styled "In the Matter of the Marriage of Pamela J. Hazelwood and Keith L. Hazelwood" entered in the 310TH Judicial District Court of Harris County, Texas, and further division of property in Cause No. 2015-49239, styled "Pamela J. Hazelwood vs. Keith L. Hazelwood" also entered in the 310TH Judicial District Court of Harris County, Texas, clarifying the prior order and dividing additional property. The mutual agreements and compromises related thereto, being good and valuable consideration, the sufficiency of which is recognized and accepted in full for the relinquishments of all claims by Grantor to Grantee, and

1

conveying all interest and title Grantor may hold to the herein described property to Grantee.

**PROPERTY:**

All stocks, business, intellectual property, and any other assets related to the business known as Real Estate Innovations, Inc. which is sometimes referred to or known as R.E.I., Inc., or any related variation of that name.

Grantor surrenders to Grantee and Grantee's heirs, successors, and assigns forever, all Right, Title and Interest Grantor may have or has had in and to all the property descried herein, to have and hold for all purposes.

_____
Keith L. Hazelwood

**STATE OF TEXAS**     §

**COUNTY OF HARRIS**     §

This instrument was acknowledged before me on October _____, 2016, by KEITH L. HAZELOOD, a person identified to me by presentation of a Texas Driver's License, No. 004950231.

_____
Notary Public, State of Texas

2

| PAMELA J. HAZELWOOD | § | IN THE DISTRICT COURT |
| VS. | § | 310TH DISTRICT COURT |
| KEITH L. HAZELWOOD | § | HARRIS COUNTY, TEXAS |

**EXHIBIT A**

**QUIT CLAIM DEED**

Date: _____

**GRANTOR:**

Keith L. Hazelwood

**GRANTOR'S MAILING ADDRESS:**

21101 Kingsland Blvd, Apt. 1313

Katy, TX 77450

**GRANTEE:**

Pamela J. Hazelwood

**GRANTEE'S MALING ADDRESS**

19431 Kessington Lane

Houston, Texas 77094

**CONSIDERATION:**

The division of property in Cause N. 2011-72088, styled "In the Matter of the Marriage of Pamela J. Hazelwood and Keith L. Hazelwood" entered in the 310TH Judicial District Court of Harris County, Texas, and further division of property in Cause No. 2015-49239, styled "Pamela J. Hazelwood vs. Keith L. Hazelwood" also entered in the 310TH Judicial District Court of Harris County, Texas, clarifying the prior order and dividing additional property. The mutual agreements and compromises related thereto, being good and valuable consideration, the sufficiency of which is recognized and accepted in full for the relinquishments of all claims by Grantor to Grantee, and conveying all interest and title Grantor may hold to the herein described property to Grantee.

1

**PROPERTY:**

The time share known as Holiday Beach Resort, 1006 Highway 98 East, Destin, Florida 32541, Unit 118, Studio, Week 16, together with all undivided interest in all common areas of the related condominium complex more fully described and according to the real property records of Okaloosa County, Florida.

Grantor does not confess he hold any title in or to such property, but any that he would otherwise hold is surrender to Grantee for all purposes, subject to all liens and claims thereon that are of record. Grantor further assigns to Grantee without admitting that he may otherwise hold any title, but to the extent he does, for the consideration Grantor conveys all the interest he hold in and to the property, does grant, sell, and convey to Grantee all of Grantor's interest in the property, together with all and singular the rights and appurtenances thereto in any way belonging, to have and hold it, to Grantee and Grantee's heirs, successors, and assigns forever.

Grantor further conveys all related casualty insurance policy on the property, all utility deposits for utility services at the property, all funds held in escrow for payment of taxes and insurance premiums, and all related rent and rental deposits associated with the property conveyed.

When the context requires, singular nouns and pronouns include the plural.

_____
Keith L. Hazelwood

This instrument was prepared based on information furnished by the parties, and no independent title search has been made.

**STATE OF TEXAS**          §

**COUNTY OF HARRIS**      §

This instrument was acknowledged before me on October _____, 2016, by KEITH L. HAZELOOD, a person identified to me by presentation of a Texas Driver's License, No. 004950231.

_____
Notary Public, State of Texas

Cause No. 2015-49239

| | | |
|---|---|---|
| PAMELA J. HAZELWOOD | § | IN THE DISTRICT COURT |
| VS. | § | 310TH DISTRICT COURT |
| KEITH L. HAZELWOOD | § | HARRIS COUNTY, TEXAS |

## EXHIBIT E

### Release of Information and Designation of Attorney in Fact or Limited Purposes

I, Keith Hazelwood, with the Date of birth of December 23, 1964 and Social Security Number of 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 with the address of 21101 Kingsland Blvd. Apt. 1313, Katy, Texas 77450 do release to Pamela J. Hazelwood, currently of Harris County, Texas, and living at the property any and all documents and financial information related to the mortgage or otherwise related to the property known as 19431 Kessington Lane, Houston, Texas 77094 and further described as: Lot 14, in Block 1, of Windsor Park Estates, Section 2, a subdivision in Harris County, Texas, according to the map or plat thereof, recorded in Film Code No. 028030392 (Vol. 348004, File No. N031957) of the Map Records of Harris County, Texas.

I, Keith Hazelwood, with the Date of birth of December 23, 1964 and Social Security Number of 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 with the address of 21101 Kingsland Blvd. Apt. 1313, Katy, Texas 77450 do also designate and appoint Pamela J. Hazelwood, currently of Harris County, Texas as my Attorney in Fact for the purposes of executing any and all documents in my place that are necessary or otherwise required by any financial institution holding, collecting, processing, or otherwise related to or interested in the mortgage proceeds related to the property known as 19431 Kessington Lane, Houston, Texas 77094 and further described as: Lot 14, in Block 1, of Windsor Park Estates, Section 2, a subdivision in Harris County, Texas, according to the map or plat thereof, recorded in Film Code No. 028030392 (Vol. 348004, File No. N031957) of the Map Records of Harris County, Texas.

Any financial institution receiving a photo copy, fax, or PDF of this documents is requested and instructed to rely on such copy as though it was an original. You are requested and instructed to cooperate with Pamela J. Hazelwood and expedite any request she may have for any information you may hold related to the property described herein. I release any financial institution from any obligation to protect my sensitive or financial information that may otherwise be due me under the Laws of the United States and/or The State of Texas.

Signed _____

_____
Keith L. Hazelwood

1

**STATE OF TEXAS** §

**COUNTY OF HARRIS** §

This instrument was executed before me on October _____, 2016, by KEITH L. HAZELOOD, a person identified to me by presentation of a Texas Driver's License, No. 004950231 for the purposes therein stated.

_____
Notary Public, State of Texas

2

Cause No. 2015-49239

| | | |
|---|---|---|
| PAMELA J. HAZELWOOD | § | IN THE DISTRICT COURT |
| VS. | § | 310TH DISTRICT COURT |
| KEITH L. HAZELWOOD | § | HARRIS COUNTY, TEXAS |

**EXHIBIT D**

**Affidavit of Keith L. Hazelwood**

HARRIS COUNTY §

STATE OF TEXAS §

Before me, the undersigned authority, appeared Keith L. Hazelwood, a person identified to me by presentation of a Texas Driver's License, Number 49758443.

After being placed under oath, did state as follows:

"My name is Keith L. Hazelwood. I am a licensed attorney in the State of Texas. I am over 18 years of age and am competent to make this affidavit.

I am failure with the term and crime of perjury and the consequences for making false statements related to a legal proceeding.

I do state under oath, that any law firm I own or have owned individually or together with anyone else, or which I have or had an equity interest in is not owed any money or have any income due it or referral fees due it from any work I performed in part or in whole prior to August 23, 2016.

Signed October ____, 2016.

_____

Keith L. Hazelwood

The forgoing statements were made on October _____, 2016, by the therein named Keith Hazelwood after being by me placed under oath.

_____

Notary Public, State of Texas

Cause No. 2015-49239

| | | |
|---|---|---|
| PAMELA J. HAZELWOOD | § | IN THE DISTRICT COURT |
| | § | |
| VS. | § | 310TH JUDICIAL DISTRICT |
| | § | |
| KEITH L. HAZELWOOD | § | HARRIS COUNTY, TEXAS |

## Supplemental Petition

Petitioner, Pamela J. Hazelwood supplements her petition by asserting the following facts and alternative causes of action:

A bill or review is proper as Petitioner asserts that by and through fraud extrinsic to the granting of the judgment, she was prevented from presenting all her causes of action and claims to the court for consideration and was wrongfully induced into a settlement agreement. Further, Petitioner has a meritorious claim of community property presumption to the concealed or undervalued assets. The acts of fraud include false disclosure and failure to disclose information when there was an affirmative duty to disclose.

The fraud was intended to and did result in a wrongful judgment wherein Petitioner's property was not included in an award or was materially misrepresented by Respondent.

Petitioner prays that the court note this supplemental petition and set aside the prior judgment and grant Petitioner the benefits of her community property interest in a just and right division, to the extent she may show herself entitled.

Respectfully submitted

THE LAW OFFICE OF DANIEL J. LEMKUIL
106 Avondale St.
Houston, TX 77006
Tel: (713) 993-9100
Fax: (713) 225-0099

By:_____ /s/ Daniel J. Lemkuil
Daniel J. Lemkuil
State Bar No. 00789448
Daniel_Lemkuil@flash.net

## CERTIFICATE OF SERVICE

A true copy of the foregoing was served on each party on October 10, 2016, as provided for by Rules 21 and 21a, Texas Rules of Civil Procedure.

_____/s/ Daniel J. Lemkuil_____
Daniel J. Lemkuil

Certified Document Number: 72269915 - Page 1 of 1

EXHIBIT #10



I, Chris Daniel, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   December 14, 2016

Certified Document Number:        72269915

*Chris Daniel*

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

Filed 11 July 13 A11:28
Chris Daniel - District Clerk
Harris County
FAX15063012

2010-72088 / Court: 310

MEDIATED SETTLEMENT AGREEMENT

2003-02698

NO. 2011-72088

| | | |
|---|---|---|
| IN THE MATTER OF<br>THE MARRIAGE OF | § | IN THE DISTRICT COURT |
| | § | |
| KEITH L. HAZELWOOD | § | |
| AND | § | |
| PAM HAZELWOOD | § | 310TH JUDICIAL DISTRICT |
| | § | |
| AND IN THE INTEREST OF | § | |
| HARRISON HAZELWOOD | § | |
| THE MINOR CHILD | § | HARRIS COUNTY, TEXAS |

### IRREVOCABLE MEDIATED SETTLEMENT AGREEMENT

This matter was mediated by Michelle LeBlanc Folger on July 8, 2011. This agreement is intended as a final agreement resolving all issues in the parties' divorce. The parties stipulate that a divorce should be granted on the grounds of insupportability.

The parties to this agreement are: PAM HAZELWOOD, also referred as wife or mother and KEITH L. HAZELWOOD also referred as husband or father. The child is: HARRISON HAZELWOOD.

The parties agree to the following: See Exhibit "A"

SIGNATURES

I agree to and understand the provisions of this agreement. I also understand that this agreement does not preclude other more detailed agreements or decrees concerning the care and custody of our children.

BY SIGNATURES BELOW, THE PARTIES HEREBY ACKNOWLEDGE THAT THIS AGREEMENT REACHED IN MEDIATION IS BINDING AND IS NOT SUBJECT TO REVOCATION. THIS AGREEMENT MEETS THE REQUIREMENTS OF SECTIONS 6.602 AND 153.0071(d) TEXAS FAMILY CODE.

A PARTY TO THIS AGREEMENT IS ENTITLED TO JUDGMENT ON THE MEDIATED SETTLEMENT AGREEMENT.

1

EXHIBIT #11

Agreed and Approved

_Pamela J. Hazelwood_

Date: _7-8-2011_

_Keith Hazelwood_

Date: _7-8-2011_

_____

_____

Attorney for _____

Attorney for _____

WALTER MAHONEY,
ATTORNEY AT LAW
4915 Holly Avenue
Pasadena, Texas 77503
Tel: (281) 998-9450
Fax: (281) 998-9430

By: _____
WALTER MAHONEY
Attorney for Respondent, KEITH L. HAZELWOOD
State Bar No. 12844608

JEFF SASSER
ATTORNEY AT LAW
720 Bayland Avenue
Houston, Texas 77009
Tel: (713) 457-6675
Fax: (713) 457-6677

By: _____
JEFF SASSER
Attorney for Petitioner, PAM HAZELWOOD
State Bar No. 00788356

2

## EXHIBIT "A"

1. Both parents will be named as joint managing conservators. Mom shall be the conservator with the exclusive right to determine primary residence of the child within Harris County and contiguous counties. Mom shall have exclusive right to collect child support and make educational decisions. All other rights joint by agreement.

2. Dad shall carry the health insurance on the child at his cost, unreimbursed medical expenses shall be paid 50:50 between both conservators. Dad shall pay child support to Mom in the amount of $800.00 per month in bi-monthly payments of $400.00 each with the first payment being due on 7-15-2011, and a like payment due on the 1st and 15th day of each month until the child emancipates under the Texas Family Law Code, *plus pay ½ of child's school lunches* ᴾᴴ

3. Dad shall have a standard possession order. Dad makes his election for the alternative return times as per the expanded standard possession order. *Both parties injoined from making disparaging remarks or allowing others to do so in child's hearing*

4. Mom shall be awarded the marital home with all the furniture, appliances and other contents therein known as 19431 Kessington Lane, Houston Texas 77094, EXCEPT FOR THE FOLLOW ITEMS specifically awarded to Dad: Cuckoo clock, legal papers, documents, books, discs, and other tools of his law trade, musical CD collection and ACCESS to make a copy of the couple's wedding video, hard copies of all family photographs, and VCR movie collection, on a date and time certain to be decided by the attorneys and or judge if no agreement by attorneys. Dad shall sign a special warranty deed deeding his interest to Mom. Mom shall assume responsibility for all outstanding taxes, homeowner's insurance, maintenance or other dues associated with the marital home awarded to Mom, UNLESS such payments have already been included in Dad's chapter 7 bankruptcy. Mom shall pay all other debts in her name. Dad shall pay all other debts in his name.

5. Mom is awarded the 2000 Lincoln Town car. Dad is awarded the 2003 Ford F150

6. Mom is awarded $4,000.00. Dad shall pay a lump sum of $4,000.00 to Mom by 8-1-2011 via cashier's check.

7. Mom is awarded 100% of any claim against Houston Association of Realtors, et al.

8. Dad will provide a list of each employer, with address and telephone number he worked for since January of 2000 to date to Mom by 7-15-2011.

9. Dad makes the following representations under oath to Mom.

"I, Keith L. Hazelwood, swear and affirm the following.

   a.   The total amount of funds in my IRA was approximately $34,000.00. In my chapter 7 bankruptcy, I was only allowed to exempt out $8,000.00 to $9,000.00. The other $25,000.00 was seized by the Chapter 7 bankruptcy trustee. Those funds are gone.

   b.   At no time did I ever receive royalties from Riley James La Reforme in the amount of $3,600.00 per month. This entity was a limited partnership with Joe Ireland as

3

Unofficial copy Office of Harris County District Clerk



the general partner. I had a limited partnership. Joe Ireland, as the general partner, did NOT make any distributions to me from this partnership. I received no royalties from this partnership.

c.      I, for myself, have NEVER owned any property off of Fry Road. I have in the past worked as a Qualified Intermediate for Stewart Title wherein I would be listed as the buyer, similar to a mortgage trustee, to allow the true buyer to defer capital gains on a non-exempt homestead property as per special provisions under the Internal Revenue Service Code."

d.      I do not have any interest in any other property and no person or entity holds property for me on my behalf other than that listed in my most recent amended petition for bankruptcy or my Inventory & Appraisement for the divorce dated 7-8-2011.

SIGNED on July 8, 2011.

_____
KEITH L. HAZELWOOD

SIGNED under oath before me on July 8, 2011.

_____
NOTARY PUBLIC

LILIA LEBLANC
MY COMMISSION EXPIRES
May 4, 2012

Unofficial Copy Office of Chris Daniel District Clerk

4





**SOCIAL SECURITY**

ACCOUNT NUMBER

## 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

HAS BEEN ESTABLISHED FOR

KEITH L. HAZELWOOD

SIGNATURE

FOR SOCIAL SECURITY AND TAX PURPOSES—NOT FOR IDENTIFICATION



## TEXAS
### DEPARTMENT OF PUBLIC SAFETY
### DRIVER LICENSE

CLASS: C       DL: 17679665
DOB: 02-27-58       HT: 6-02
EXPIRES: 02-27-01       EYES: BLU
DONOR: YES       SEX: M
REST:       END:

HAZELWOOD, KEITH LEE
938 ENCLAVE PARKWAY
HOUSTON TX 77077

9628419889 5

DIRECTOR



EXHIBIT #12